IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE D. WILLIAMS,<br>BOP # 06406-003,<br>AIS # 00240169<br><br>   Petitioner,<br><br>vs.<br><br>WARDEN ROSALEZ,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIV. ACT. NO. 1:22-cv-58-TFM-N<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION AND ORDER

On April 20, 2022, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2254 be dismissed without prejudice for lack of jurisdiction.  *See* Doc. 3.  No objections were filed.

Accordingly, after due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Therefore, it is **ORDERED** that Terrance D. Williams' petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction as an unauthorized successive habeas petition. The Court further certifies that any appeal by Williams of this dismissal would be without merit and not taken in good faith. Thus, Williams is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 9th day of June, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE